### 33098. HAINES *v.* THE STATE.

GARDNER, J. The defendant was convicted of a misdemeanor in that he did "willfully shoot a hog . . whereby unjustifiable physical pain and suffering was caused to said hog" under the Code §§ 26-7902 and 26-7904. The assignment of error is on the general grounds only. The evidence was sufficient to sustain the verdict.

The court did not err in overruling the motion for a new trial.

*Judgment affirmed. MacIntyre, P.J., and Townsend, J., concur.*

DECIDED JULY 14, 1950.

*H. Alonzo Woods,* for plaintiff in error.
*Darius N. Brown, Solicitor,* contra.